ORIGINAL

FILED

03/24/2021

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: OP 21-0125

# IN THE SUPREME COURT OF THE STATE OF MONTANA

## OP 21-0125

DOROTHY BRADLEY, BOB BROWN,
MAE NAN ELLINGSON, VERNON FINLEY,
and MONTANA LEAGUE OF WOMEN
VOTERS,

        Petitioners,

  v.

GREG GIANFORTE, Governor of the State of
Montana,

        Respondent.

O R D E R

Petitioners seek to invoke this Court's original jurisdiction pursuant to M. R. App. P. 14(4) to issue a declaratory judgment on the alleged unconstitutionality of Montana Senate Bill 140, signed into law by Governor Greg Gianforte on March 16, 2021. The petition requests that this Court accept original jurisdiction, enjoin any acts that might be taken in furtherance of SB 140 pending full consideration by this Court, direct such briefing as the Court deems suitable, and, after due consideration, determine SB 140 to be unconstitutional. In accordance with M. R. Civ. P. 5.1(a) and M. R. App. P. 27, Petitioners also have filed a Notice of Constitutional Question and served it on the Montana Attorney General.

Having reviewed the Petition and its attached Appendix, this Court deems it appropriate to obtain a summary response. Therefore, in accordance with M. R. App. P. 14(7),

IT IS ORDERED that the Respondent, the Attorney General, or both, are granted fourteen days within which to prepare, file, and serve a response(s) to the Petition for Declaratory Judgment. Upon receipt of the summary response, the Court will determine whether to order more extensive briefing, order oral argument, or decide the matter upon the

initial filings, including consideration of the request for injunctive relief pending disposition. M. R. App. P. 14(7)(b).

The Clerk is directed to provide copies of this Order to counsel for Petitioners and to all parties on whom the Petition has been served.

DATED this 24 day of March, 2021.

For the Court,

_____
Justice